OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Simon W. TACHE, Respondent.

No. 71 Disciplinary Docket No. 3. Board File Nos. C1–92–978, C1–93–517, C1–93–865, C1–94–663 and C1–94–823.

Supreme Court of Pennsylvania.

Oct. 28, 1994.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of October, 1994, an Order and Rule to Show Cause having been entered by this Court on September 26, 1994, upon consideration of the responses filed, it is hereby ORDERED that:

1. The Rule is made absolute and, pursuant to Rule 208(f), Pa.R.D.E., respondent is placed on temporary suspension until further definitive action by this Court;

2. Respondent shall comply with the provisions of Rule 217, Pa.R.D.E.;

3. The President Judge of the Court of Common Pleas of Philadelphia, in accordance with Rule 217(g), Pa.R.D.E., shall take such further action and make such further orders as may be necessary to protect fully the rights and interests of respondent's clients.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.

MONTEMURO, J., is sitting by designation.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Bernard SACKS, Respondent.

No. 80 Disciplinary Docket No. 3. Disciplinary Board No. 102 DB 94.

Supreme Court of Pennsylvania.

Oct. 28, 1994.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of October, 1994, there having been filed with this Court by Bernard Sacks his verified Statement of Resignation dated October 2, 1994, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Bernard Sacks be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.